AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Terrell Mack | ) Case No:   4:18CR00206-2 |
| | ) |
| | ) USM No:   22717-021 |
| Date of Original Judgment:           December 1, 2022 | ) |
| Date of Previous Amended Judgment: N/A | ) Daniel Christian Jenkins |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Former Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____87 months_____    **is reduced to**    _____71 months_____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The original sentence imposed was at the top of the advisory guideline range. Retroactive application of Amendment 821 results in a reduction to the defendant's total criminal history score from 10 points to 9 points and a comparable reduction to the assigned criminal history category. Accordingly, since retroactive application of Amendment 821 has the effect of lowering the defendant's applicable guideline range, a reduction in sentence is authorized under 18 U.S.C. § 3582(c)(2). USSG §1B1.10(a)(1). The Court has determined that a sentence at the top of the amended guideline range is appropriate.

Except as otherwise provided, all provisions of the judgment dated _____December 1, 2022_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:           April 7, 2026

Effective Date: _____
            *(if different from order date)*                    R. Stan Baker, Chief Judge
                                                                United States District Court
                                                                Southern District of Georgia